# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: January 27, 2012 |
| Court Reporter: Gwen Daniel | Time: 27 minutes |
| Probation Officer: Justine Kozak | Interpreter: n/a |

**CASE NO. 11-CR-00306-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Joseph Mackey |
| Plaintiff, | |
| vs. | |
| **ELSA BEATRIZ ROMERO-REYES,** | Matthew Belcher |
| Defendant. | |

## SENTENCING

**9:13 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
11-CR-306-PAB
January 27, 2012

Defendant's Motion for Downward Departure and/or Sentencing Variance (Doc #19), filed 1/13/12.

Argument by Mr. Belcher in support of defendant's motion and comments addressing sentencing.

Argument by Mr. Mackey and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for Downward Departure and/or Sentencing Variance (Doc #19), filed 1/13/12 is **GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **October 6, 2011** to count **One of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **time served** months.

Defendant is advised that if she enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, she may be subject to further federal prosecutions.

**ORDERED:** The Court will not impose any supervised release in light of the amendment to the guideline pursuant to § 5D1.1.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Page Three
11-CR-306-PAB
January 27, 2012

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**9:40 a.m.     COURT IN RECESS**

**Total in court time:    27 minutes**

**Hearing concluded**